Thomas A. REDD, Petitioner,

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 01–3016.

United States Court of Appeals, Federal Circuit.

DECIDED: May 11, 2001.

Before MAYER, Chief Judge, MICHEL and CLEVENGER, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.